# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

**JEREMY JAY WOODY,**
Plaintiff, v.

**DONNA SPIRES**, *et al.*,
Defendants.

Civil Action No. 5:18-CV-419-MTT

## STIPULATED NOTICE OF DISMISSAL

The parties, through their undersigned attorneys, having settled this action in a Release and Settlement Agreement dated November 14, 2019, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: January 31, 2020

/s/ Claudia Center
Susan Mizner, *pro hac vice*
Claudia Center, *pro hac vice*
Zoe Brennan-Krohn, *pro hac vice*
AMERICAN CIVIL LIBERTIES FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Phone: 415-343-0781
Fax: 415-395-0950
CCenter@aclu.org
SMizner@aclu.org
ZBrennan-Krohn@aclu.org

Sean Young, Georgia State Bar No. 790399
Kosha Tucker, Georgia State Bar No. 214335
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208,
Atlanta, GA 30357
Phone: 678-981-5295
Fax: 770-303-0060

Page 1

SYoung@acluga.org
KTucker@acluga.org

*Counsel for Jeremy Jay Woody*

/s/ Paul Jay Pontrelli
Christopher M. Carr, Georgia State Bar No. 112505
Kathleen M. Pacious, Georgia State Bar No. 558555
Susan E. Teaster, Georgia State Bar No. 701415
Paul Jay Pontrelli, Georgia State Bar No. 583513
40 Capitol Sq. SW
Atlanta, GA 30334
Phone: 404-463-0924
ppontrelli@law.ga.gov

*Counsel for Defendants*

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I caused the foregoing Stipulated Notice of Dismissal to be electronically filed with the Clerk of Court using the CM/ECF system.

Respectfully submitted this 31st day of January, 2020,

/s/ Mika Aoyama
Mika Aoyama
AMERICAN CIVIL LIBERTIES FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0773
Fax: (415) 395-0950
maoyama@aclu.org